No. 432. KENNEY v. WABASH RAILROAD Co. C. A. 5th Cir. Certiorari denied. *Robert Ash* for petitioner. *James J. Morrison* for respondent. 

No. 434. BRYANT v. UNITED STATES. Court of Claims. Certiorari denied. *Leon A. Ransom* for petitioner. *Solicitor General Cummings, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 435. RICHMOND v. ST. LOUIS SOUTHWESTERN RAILWAY Co. C. A. 5th Cir. Certiorari denied. ██

No. 438. BROWN LAND & ROYALTY Co., INC. v. GREEN ET AL. C. A. 5th Cir. Certiorari denied. *Frank J. Looney* for petitioner. *Richard C. Cadwallader* for Green et al., respondents. .

No. 449. UNITED STATES EX REL. DAVERSE v. HOHN, WARDEN. C. A. 3d Cir. Certiorari denied. *William D. Donnelly* for petitioner. 

No. 452. MOTOROLA, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Irving A. Jennings* and *Robert N. Denham* for petitioner. *Solicitor General Cummings, George J. Bott, David P. Findling* and *Mozart G. Ratner* for respondent. .

No. 453. VEAL ET AL. v. LEIMKUEHLER ET AL. St. Louis Court of Appeals of Missouri. Certiorari denied. ██

No. 456. McNISH v. AMERICAN BRASS Co. ET AL. Supreme Court of Errors of Connecticut. Certiorari denied.